

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00395-CV

Susan **COSTNER**,
Appellant

v.

**STATE OF TEXAS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Andy Mireles, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

After issuing a show cause order to appellant, this court dismissed appellant's appeal for lack of jurisdiction on August 13, 2014. On August 18, 2014, appellant filed a pro se "Motion for Extension of Time to File Brief."

Appellant's motion is DENIED AS MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

Keith E. Hottle
Clerk of Court